■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD CASEY, Appellant.—Judgment, Supreme Court, New York County, rendered December 7, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Bloom, Lupiano and Ross, JJ.

### (June 12, 1979)

■ GREGORY D. CAMILLUCCI, Respondent, v JERRY S. CAMILLUCCI, Appellant.—Judgment, Supreme Court, New York County, entered on January 5, 1979, unanimously affirmed for the reasons stated by F. Shea, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Sullivan, Lupiano and Ross, JJ.

■ In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property for a Project Known as Harlem—East Harlem Neighborhood Development Area in the Borough of Manhattan. STEPHANA BUCKUCHINSKY et al., Appellants.—Decree, Supreme Court, New York County, entered on November 21, 1974, unanimously affirmed for the reasons stated by Mangan, J., at Special Term, in decision of October 24, 1974. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Sullivan, Lupiano and Ross, JJ.

■ HERBERT SCHASTOK et al., Appellants, v TIME, INC., et al., Respondents.—Order and judgment, Supreme Court, New York County, entered on July 11, 1978 and July 17, 1978, respectively, unanimously affirmed for the reasons stated by Helman, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Sullivan, Lupiano and Ross, JJ.